**SEALED**

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 19 2017

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| RE:   ARREST WARRANT ) | |
| ) | Docket No.: 1:17mj111 |
| ) | |
| ) | SEALED |

## MOTION

Comes now the United States of America, by counsel, and moves the court to place and maintain the above-captioned arrest warrant and all accompanying documents under seal. The United States requests that the arrest warrant and all accompanying documents be placed under **SEAL** until the arrest warrant is executed.

Respectfully submitted,

RICK A. MOUNTCASTLE
United States Attorney

/s/ Zachary T. Lee
_____
Zachary T. Lee
VA Bar No. 47087
Attorney for United States of America
U.S. Attorney's Office
180 West Main Street
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)
USAVAW.ECFAbingdon@usdoj.gov