CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUL 1 0 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:17CR20 |
| | : | |
| TIMOTHY BOWMAN | : | |
| SANSON P. RODRIGUEZ | : | |
| AMY HOYT | : | |
| GRANDY NESTER | : | Violations: 18 U.S.C. § 924(c) |
| AMBER BILYEU | : | 21 U.S.C. §§ 841, 843, 846 |
| KAREN HAWKS | : | |
| WALTER SEXTON a/k/a "Butch" | : | |
| LARRY SELLERS | : | |
| BRITTANY COCHRAN | : | |
| ANNETTE FREEMAN | : | |
| BRAD HUNLEY | : | |
| SHAWANNA PHIPPS | : | |
| BRIAN GRAFF | : | |
| RILEY ALLEY | : | |
| CALVIN JERMAIN MAXWELL | : | |
| DAVID NORMAN | : | |
| LELANA LONG | : | |
| JONATHAN CHOATE | : | |
| KEVIN HUMPHIES | : | |
| JACKIE CHRISTOPHER PARSONS | : | |
| JESSILYN JONES | : | |
| VICKY GROSE | : | |
| STACEY JEROME SAWYERS | : | |
| TRAVIS BRIAN ANDERS | : | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about and between January 1, 2015, and June 20, 2017, in the Western District of Virginia and elsewhere, TIMOTHY BOWMAN, SANSON P. RODRIGUEZ, AMY HOYT,

GRANDY NESTER, AMBER BILYEU, KAREN HAWKS, WALTER SEXTON a/k/a "Butch", LARRY SELLERS, BRITTANY COCHRAN, ANNETTE FREEMAN, BRAD HUNLEY, SHAWANNA PHIPPS, BRIAN GRAFF, RILEY ALLEY, CALVIN JERMAIN MAXWELL, DAVID NORMAN, LELANA LONG, JONATHAN CHOATE, KEVIN HUMPHIES, JACKIE CHRISTOPHER PARSONS, JESSILYN JONES, VICKY GROSE, STACEY JEROME SAWYERS, and TRAVIS BRIAN ANDERS knowingly and intentionally conspired with each other and other persons known and unknown to the Grand Jury to:

    a) manufacture, distribute, and possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841; and

    b) knowingly and intentionally use any communication facility in committing and causing the facilitation of any felony controlled substance offense under Title 21, in violation of Title 21, United States Code, Section 843(b).

2. All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A) and 843(d).

## COUNT TWO

The Grand Jury charges that:

1. On or about and between January 1, 2015, and June 20, 2017, in the Western District of Virginia and elsewhere, AMY HOYT knowingly used and carried during and in relation to, and possessed in furtherance of, a drug trafficking crime for which she may be prosecuted in a court of the United States (namely, conspiracy to possess with the intent to distribute and

distribute a mixture or substance containing methamphetamine, as charged in Count One), a firearm.

2. All in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE

The Grand Jury charges that:

1. On or about and between January 1, 2015, and June 20, 2017, in the Western District of Virginia and elsewhere, SANSON P. RODRIGUEZ knowingly used and carried during and in relation to, and possessed in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States (namely, conspiracy to possess with the intent to distribute and distribute a mixture or substance containing methamphetamine, as charged in Count One), a firearm.

2. All in violation of Title 18, United States Code, Section 924(c).

## COUNT FOUR

The Grand Jury charges that:

1. On or about and between January 1, 2015, and June 20, 2017, in the Western District of Virginia and elsewhere, GRANDY NESTER knowingly used and carried during and in relation to, and possessed in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States (namely, conspiracy to possess with the intent to distribute and distribute a mixture or substance containing methamphetamine, as charged in Count One), a firearm.

2. All in violation of Title 18, United States Code, Section 924(c).

## COUNT FIVE

The Grand Jury charges that:

1. On or about and between January 1, 2015, and June 20, 2017, in the Western District of Virginia and elsewhere, TIMOTHY BOWMAN knowingly used and carried during and in relation to, and possessed in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States (namely, conspiracy to possess with the intent to distribute and distribute a mixture or substance containing methamphetamine, as charged in Count One), a firearm.

2. All in violation of Title 18, United States Code, Section 924(c).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendants shall forfeit to the United States:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1);

   b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2);

   c. any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) and (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c);

   d. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c); and

   e. any firearms involved in the commission of said offenses, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c).

2. If any of the above-described forfeitable property, as a result of any act or omission

*USAO#*

of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with a third person;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p), including but not limited to above property.

A TRUE BILL, this 10th day of July, 2017.

s/ Grand Jury Foreperson

_____
RICK A. MOUNTCASTLE
Acting United States Attorney

USAO#