# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER OF DETENTION** |
| | ) | Case Number: 1:17cr00020-5 |
| AMBER BILYEU, | ) | |
| Defendant | ) | |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142, a detention hearing was held in this matter on July 17, 2017. The defendant is charged with violating 21 U.S.C. § 846, which raises a presumption of detention. At her July 17, 2017, court appearance, the defendant stated that she was not seeking pretrial release at this time.

## Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.
ENTERED: July 22, 2017.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE