# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.                          1:17CR00020

AMBER BILYEAU

## MOTION FOR VARIANT SENTENCE

Amber Bilyeu, by counsel, respectfully moves that the Court impose a sentence below the Sentencing Guidelines range for the reasons set out in her Sentencing Memorandum.

Respectfully Submitted,

AMBER BILYEU

BY COUNSEL     <u>Michael A. Bragg /s/ VSB 16797</u>
Bragg Law
P. O. Box 1866
Abingdon, Virginia 24212
276-628-9160

### CERTIFICATE

This 16th day of March, 2018, I uploaded this Motion to the Clerk's ECF System to be served electronically upon counsel of record.

<u>Michael A. Bragg /s/</u>